UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY S. RINCK,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-5267-RBL<br><br><br><br><br>ORDER OF REMAND |

    Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions:  the administrative law judge (ALJ) will further evaluate whether Plaintiff's headaches and mixed personality disorder with antisocial and narcissistic traits constitute severe impairments; the ALJ will further consider the opinions of Norman F. Peterson, M.D. (Tr. 192-196), Carol Hathaway, M.N, R.N., A.R.N.P., Intern, and Dr. Peterson (Tr. 234-239), Ehab Abdallah, M.D. (Tr. 362-364), the State agency physicians (Tr. 270-277), Julie A. Calabria, M.S.W. (Tr. 246-253), Jennifer Robinson, M.A. (Tr. 346-347), Patty Boyce, B.S. (Tr. 355-361), and the evaluators (Tr. 365-370); the ALJ will obtain medical expert testimony

Page 1 ORDER OF REMAND- [C05-5267-RBL]

from a mental health specialist and an internist; the ALJ will obtain the full treatment record from the sources in Exhibits 18F and 20F, if available; the ALJ will further consider Plaintiff's subjective complaints; the ALJ will further consider Angela Rinck's lay witness testimony (Tr. 472-477); the ALJ will further consider Plaintiff's residual functional capacity; and the ALJ will further consider, with the assistance of vocational expert testimony, Plaintiff's ability to perform other work in the national economy.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 4th day of October, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

   s/ Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

   s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2113
Fax:    206-615-2531
daphne.banay@ssa.gov

Page 2 ORDER OF REMAND- [C05-5267-RBL]