1
2
3
4                                    United States District Judge RONALD B. LEIGHTON
5
6
7
8
9
10
11
12
13
14
15
16                          UNITED STATES DISTRICT COURT
17                          WESTERN DISTRICT OF WASHINGTON
18
19   JEFFREY S. RINCK,                    )
20                                        )   CIVIL NO. 05-5267RBL
                      Plaintiff,          )
21                                        )
22   vs.                                  )   ORDER FOR EAJA FEES, COSTS AND
23                                        )   EXPENSES
24   JO ANNE B. BARNHART,                 )
25                                        )
     Commissioner of Social Security,     )
                                          )
                                          )
                      Defendant.

         THIS MATTER having come on regularly before the undersigned upon by
30
31   Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not
32
33   opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses
34
35   should be awarded, good cause having been shown, now, therefore, it is hereby
36
37       ORDERED that Plaintiff's attorney Elie Halpern is hereby awarded EAJA fees of
38
39   $895.56 and expenses of $67.81 pursuant to 28 U.S.C. §2412 and costs of $20.40 as
40
41   set out at 28 U.S.C. §1920, payable from the Judgment Fund pursuant to 31 U.S.C.
42
43   §1304 and Plaintiff's attorney Victoria Chhagan is hereby awarded EAJA fees of
44
45   $4,033.93 pursuant to 28 U.S.C. §2412.

                                              Elie Halpern & Associates, P.S.
                                              1800 Cooper Pt. Road SW, Bldg. 19
                                              Olympia, WA 98502
ORDER FOR EAJA FEES, COSTS        AND
EXPENSES [05-5267RBL] - 1                     (360) 753-8055

1
2
3
4
5          DATED this 26th day of October, 2005.
6
7
8
9          RONALD B. LEIGHTON
10         UNITED STATES DISTRICT JUDGE
11  Presented by:
12
13
14  S/ELIE HALPERN
15  ELIE HALPERN
16  Attorney for Plaintiff
17
18
19
20
21
22
23
24
25

30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

ORDER FOR EAJA FEES, COSTS        AND
EXPENSES [05-5267RBL] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502

(360) 753-8055